**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTONIO DEMOND SMITH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 05-00231-CG-B** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court. It is **ORDERED** that Antonio Demond Smith's petition (Doc. 243) is **DISMISSED** as successive. The Court further finds that Petitioner is not entitled to a certificate of appealability, and therefore, is not entitled to appeal <u>in forma pauperis</u>.

**DONE and ORDERED** this 25th day of July, 2019.

<u>/s/ Callie V. S. Granade</u>
SENIOR UNITED STATES DISTRICT JUDGE