# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO DEMOND SMITH, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CRIMINAL NO. 05-00231-CG-B |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Antonio Demond Smith's petition (Doc. 243) is **DISMISSED** as successive. The Court further finds that Petitioner is not entitled to a certificate of appealability, and therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 25th day of July, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE